No. 91–1501. POMINI FARREL S. P. A. ET AL. *v.* FARREL CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 91–1505. GTE DIRECTORIES CORP. ET AL. *v.* YELLOW PAGES COST CONSULTANTS ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1506. TERRY *v.* M/S "BIRTE" RITSCHER KG ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–1507. KOCZAK *v.* SMITH, SECRETARY OF STATE OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–1509. GULF COAST HELICOPTERS, INC., ET AL. *v.* BAY AREA BANK & TRUST. C. A. 5th Cir. Certiorari denied.

No. 91–1510. SULLIVAN *v.* CHESAPEAKE & OHIO RAILWAY CO. C. A. 6th Cir. Certiorari denied.

No. 91–1512. ROUSH *v.* ROUSH ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1516. STUART ET AL. *v.* ROACHE, POLICE COMMISSIONER OF CITY OF BOSTON, ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–1520. HEART OF DIXIE NISSAN, INC., DBA DIXIE NISSAN *v.* REYNOLDS, TRUSTEE OF BANKRUPTCY ESTATE OF CAR RENOVATORS, INC. C. A. 11th Cir. Certiorari denied.

No. 91–1532. FARNAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–1536. KRUSE ET AL. *v.* COURT OF APPEAL OF CALIFORNIA, FIRST APPELLATE DISTRICT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1539. WIECH ET VIR *v.* FAIRFAX COUNTY DEPARTMENT OF HUMAN DEVELOPMENT. Sup. Ct. Va. Certiorari denied.

No. 91–1540. SHUMA ET AL. *v.* KEMP, TRUSTEE. C. A. 3d Cir. Certiorari denied.